# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Jeff Cline, Matthew Simmons, and all others similarly situated under 29 U.S.C. § 216(b), | ) ) ) ) | |
| Plaintiffs, | ) ) | **ORDER ADOPTING STIPULATION** |
| vs. | ) ) | |
| DC Power Tong, LLC, Derek Linghor, Jonas McKenzie, Bob Hvinden, Michael Shane Kornkven, | ) ) ) ) | |
| Defendants. | ) ) | Case No. 1-16-cv-301 |

Before the court is "Stipulation for Extension of Time to Answer" filed on September 28, 2016. (Docket No. 8). In the stipulation, the parties agree the Defendants shall have until October 17, 2016 to file their answer to the Plaintiff's complaint filed on August 17, 2016. (Docket No. 1).

The court **ADOPTS** the parties' stipulation. The Defendants shall have until October 17, 2016 to file their answer.

**IT IS SO ORDERED.**

Dated this 29th day of September, 2016.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr., Magistrate Judge
United States District Court