# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Jeff Cline, Matthew Simmons, and all others similarly situated under 29 USC § 216(b), | ) ) ) ) | |
| Plaintiffs, | ) ) | **ORDER** |
| vs. | ) ) | |
| DC Power Tong, LLC, Derek Linghor, Jonas McKenzie, Bob Hvinden, & Michael Shane Kornkven, | ) ) ) ) | Case No. 1:16-cv-301 |
| Defendants. | ) | |

Before the court is a "Joint Motion to Stay Proceedings" filed by the parties on May 1, 2017. The parties advise that they have jointly agreed to engage in an informal exchange of preliminary information and participate in settlement negotiations. They request that the court stay this case and all pretrial deadlines for a period of ninety-days while they complete their settlement negotiates and potentially mediate this case.

The court **GRANTS** the motion (Docket No. 33). The above-entitled action shall be stayed for a period ninety days.

**IT IS SO ORDERED.**

Dated this 2nd day of May, 2017.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court
