IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
WESTERN DIVISION

JEFF CLINE, MATTHEW SIMMONS,
AND ALL OTHERS SIMILARLY
SITUATED UNDER 29 USC § 216(b),

   *Plaintiffs*,

v.

DC POWER TONG, LLC, DEREK
LINGHOR, JONAS MCKENZIE, BOB
HVINDEN AND MICHAEL SHANE
KORNKVEN,

   *Defendants*.

Civil Action No. 1:16-cv-00301-DLH-CSM

## ORDER GRANTING MOTION TO STAY

Before the Court is a "Joint Motion to Stay Proceedings" filed by the parties on September 19, 2018. The parties advise that they have jointly agreed to engage in an informal exchange of preliminary information and participate in settlement negotiations. They request that the Court stay this case and all pretrial deadlines for a period of ninety-days (90) while they complete their settlement negotiations and potentially mediate this case.

The Court GRANTS the motion (Docket No. 40). The above-entitled action shall be stayed for a period of ninety (90) days.

IT IS SO ORDERED.

Dated: September 20, 2018

/s/ *Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court