# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Jeff Cline, Matthew Simmons, and all others similarly situated under 29 U.S.C. § 216(b), | ) ) ) ) | **ORDER** |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| DC Power Tong, LLC, Derek Linghor, Jonas McKenzie, Bob Hvinden and Michael Shane Kornkven, | ) ) ) ) | Case No. 1:16-cv-301 |
| Defendants. | ) | |

On September 20, 2018, the Court stayed the above-entitled action on motion by the parties for ninety days. On December 27, 2018, the Court granted the parties' request to extend the stay for an additional sixty days to allow them to continue their settlement negotiations.

On February 25, 2019, the parties filed a joint status report and motion to extend the stay for an additional thirty days. The Court **GRANTS** the motion (Doc. No. 46) and extends the stay for an additional thirty days. The parties shall submit another join status report at the end of the thirty-day extension.

**IT IS SO ORDERED.**

Dated this 26th day of February, 2019.

> */s/ Clare R. Hochhalter*
> Clare R. Hochhalter, Magistrate Judge
> United States District Court