# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Jeff Cline, Matthew Simmons, and all others similarly situated under 29 U.S.C. § 216(b), <br><br> Plaintiffs, <br><br> vs. <br><br> DC Power Tong, LLC, Derek Linghor, Jonas McKenzie, Bob Hvinden, and Michael Shane Kornkven, <br><br> Defendants. | **ORDER** <br><br> Case No. 1:16-cv-301 |

On September 20, 2018, the Court stayed the above-entitled action on motion by the parties for 90 days. The Court granted the parties' subsequent requests to extend the stay to allow them to continue their settlement negotiations. The parties now request another 15 days to complete the negotiation process.

The court **GRANTS** the parties' request (Doc. No. 51) and extends the stay for an additional 15 days. The parties shall submit another joint status report by the end of the 15-day extension.

**IT IS SO ORDERED.**

Dated this 3rd day of May, 2019.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court